## STATE OF CONNECTICUT *v.* ROBERT DAYS

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 789 (AC 25055), is denied.

*Annacarina Del Mastro*, assistant public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided September 12, 2005

## WILLIAM SMITH *v.* COMMISSIONER OF CORRECTION

The petitioner William Smith's petition for certification for appeal from the Appellate Court, 89 Conn. App. 134 (AC 25134), is denied.

SULLIVAN, C. J., and NORCOTT, J., did not participate in the consideration or decision of this petition.

*Roseann C. Canny*, special public defender, in support of the petition.

*Gerard P. Eisenman*, senior assistant state's attorney, in opposition.

Decided September 12, 2005